## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JAMES GARRY,                                          )
                                                      )
                        Plaintiff,                    )
                                                      )
v.                                                    )        Case No. 06-2025-KHV-DJW
                                                      )
DEFFENBAUGH INDUSTRIES, INC.                          )
                                                      )
                        Defendant.                    )
_____)

### ORDER

This matter is before the Court on the unopposed motion of Plaintiff James Garry to dismiss this

action without prejudice (Doc. #9) as provided in Fed.R.Civ.P. 41(a)(2) with each party to bear his or

its respective costs and attorney's fees.

The Court finds that the motion should be and is hereby granted.

IT IS THE ORDER OF THE COURT that this action be dismissed without prejudice and that

each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
U.S. DISTRICT COURT JUDGE

Dated: This 15th day of June, 2006, at
Kansas City, Kansas